| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 1:22-CR-13 |
| | § | |
| | § | |
| JAVIER JESUS MORALES | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Judge's Report, the record, pleadings and all available evidence.

At the close of the revocation hearing, Judge Zack Hawthorn recommended:

1. finding the Defendant violated the first allegation in the petition that he failed to follow a mandatory condition of release;

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. sentencing the defendant to a term of 5 months' imprisonment, which shall include 18 days' unserved home detention (converted to an equivalent term of imprisonment), to be served at the Federal Correctional Institution in Beaumont, Texas, if the Bureau of Prisons can accommodate such request, with no supervised release to follow.

At the close of the revocation hearing, the Defendant, defense counsel, and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended. The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Javier Jesus Morales's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 31st day of July, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE